12-14-00156-CV



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN - 8 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

**TABLE OF CONTENTS**

IDENTITY OF PARTIES AND COUNSEL.................................................................... ii

TABLE OF CONTENTS........................................................................................ iii

INDEX OF AUTHORITIES...............................................................................iv-vii

STATEMENT OF THE CASE..................................................................................1

STATEMENT REGARDING ORAL ARGUMENT.........................................................1

STATEMENT OF FACTS.....................................................................................1-9

ISSUES PRESENTED.......................................................................................9-10

SUMMARY OF ARGUMENT.............................................................................11-12

ARGUMENT.................................................................................................12-26

CONCLUSION AND PRAYER FOR RELIEF.............................................................26

CERTIFICATE OF SERVICE.....................................................................................

## ISSUES PRESENTED/ENUMERATION OF ERRORS

1. Was the jury selection a fundamental error and prejudicial?

2. The trial court erred in entering judgment because there were legally sufficient evidence to support the claim in damages in this lawsuit.

3. Is there factually sufficient evidence to support the juror's findings and judgment of the trial court?

4. There were legally and factually sufficient evidence of the reasonableness and

necessity of medical expenses to prove a reasonable compensation for physical impairment, loss of earning capacity sustained in the accident for physical pain and mental anguish physical impairment she suffered in the past; and medical expenses, and not submitting mental anguish and physical pain as a single submission.